## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **BEN ELKINGTON,** | **Case No. 4:20-cv-00317-CRK** |
| **Plaintiff,** | **JUDGMENT** |
| **v.** | |
| **DESERET MUTUAL BENEFIT ADMINISTRATORS INSURANCE COMPANY,** | |
| **Defendant.** | |

In accordance with Court's Memorandum Decision and Order entered concurrently,

**NOW THEREFORE IT IS ORDERED, ADJUDGED, AND DECREED**

that judgment be entered in favor of Defendants, and this case closed.

/s/ Claire R. Kelly
Claire R. Kelly, Judge[*]

Dated:     May 7, 2021

---

[*] Judge Claire R. Kelly, of the United States Court of International Trade, sitting by designation.

JUDGMENT - 1